

BROWN WHITE & NEWHOUSE LLP
ALFREDO X. JARRIN (Bar No. 132145)
TERESA CESPEDES ALARCON (Bar No. 205390)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550
ajarrin@brownwhitelaw.com
talarcon@brownwhitelaw.com

Attorneys for Defendant
ROBERT BRANDON MAWHINNEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT BRANDON MAWHINNEY,<br><br>　　　　Defendant. | Case No.: 13-0010M<br><br>[PROPOSED] ORDER SETTING CONDITIONS OF PRETRIAL RELEASE (18 U.S.C. § 3142) |

　　　　Good cause appearing and upon the Parties' stipulation, IT IS HEREBY ORDERED that:

　　　　Defendant Robert Brandon Mawhinney is granted pretrial release under the following terms and conditions:

　　(1)　Robert Brent Mawhinney shall execute a $100,000 third party appearance bond with affidavit of surety, no justification;

　　(2)　Janet L. Mawhinney and Suzanne Mawhinney shall each execute a $140,000 third party appearance bond with affidavit of surety;

1  (3) Upon the posting of the third party signature bonds as provided in
2  paragraphs (1) and (2) above, Defendant shall be released forthwith to Pre-
3  Trial Services, with all other conditions of bond for deeding of the property
4  located at 8825 E. Fallsview Road, Anaheim, CA 92808 to be met and
5  bond posted within 14 days of such release;
6  (4) Defendant shall reside as approved by Pre-Trial Services;
7  (5) Defendant shall be subject to intensive pretrial supervision;  and
8  (6) Defendant shall participate in a home confinement program with electronic
9  monitoring or other location verification system, with curfew as approved
10 by Pretrial Services.

DATED: 2/14/13

_____
UNITED STATES MAGISTRATE JUDGE